Exit 52 E. Truck Stop, Inc. v Joe Legno's Riverside Serv., Inc. (2023 NY Slip Op 03590)

Exit 52 E. Truck Stop, Inc. v Joe Legno's Riverside Serv., Inc.

2023 NY Slip Op 03590

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

276 CA 22-00687

[*1]EXIT 52 E. TRUCK STOP, INC., HASSELBACK EQUIPMENT, INC., AND WHITE ARROW SERVICE STATIONS, INC., PLAINTIFFS-APPELLANTS,
v
JOE LEGNO'S RIVERSIDE SERVICE, INC., AND ANTHONY J. LEGNO, DEFENDANTS-RESPONDENTS. 

MICHAEL P.J. MCGORRY, BUFFALO, MAGAVERN MAGAVERN GRIMM LLP (EDWARD J. MARKARIAN OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
VAHEY LAW OFFICES, PLLC, ROCHESTER (JARED K. COOK OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered April 7, 2022. The order granted the motion of defendants to dismiss the amended complaint and dismissed the amended complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court